# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL TYRONE NOBLE,<br><br>                                Petitioner,<br>  vs.<br><br>G.J. GUIRBINO, Warden,<br><br>                                Respondent. | CASE NO. 06cv1625 WQH (CAB)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(Doc. # 14) |

Petitioner's "Motion for Enlargement of Time to File Objection to Report and Recommendation" (Doc. # 14) is **GRANTED**. No later than **September 21, 2007**, any party may file written objections to the Report and Recommendation of the Magistrate Judge. Any reply to the objections shall be filed no later than **10 days** after the date the objections are filed.

**IT IS SO ORDERED.**

DATED: August 31, 2007

                                          *William Q. Hayes*
                                        **WILLIAM Q. HAYES**
                                        United States District Judge